MARJORIE L. GILE, Respondent, v. SEARS, ROEBUCK AND CO., Appellant and Third-Party Plaintiff. JOSEPH RUFO, Third-Party Defendant.— Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals on a certified question of law denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See ante, p. 95.]

FRANK BURO, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 28954.) (And Fourteen Other Appeals, Claims Nos. 28955–28962; 28988–28993.) — Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals and for a certificate that a constitutional question is involved, denied, without costs. We have directed that the order to be entered on our decision provide that the State have judgment directing the claim be dismissed. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See ante, p. 61.]

FRANCES E. SWITZER, Individually and as Administratrix of the Estate of CHARLES SWITZER, Deceased, Appellant-Respondent, v. LESTER ALDRICH, Appellant, and WALTER STIKER, Respondent.—Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals, denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See ante, p. 730.]

RUSCIANO & SON CORP., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30274.) — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See ante, p. 733.]

ENRIQUE G. TOUCEDA, Respondent-Appellant, v. CONSOLIDATED CAR HEATING COMPANY, INC., et al., Appellants-Respondents; HAROLD C. TIFFT et al., Respondents-Appellants; FIRST TRUST COMPANY OF ALBANY, Respondent, et al., Defendants.— Motion for resettlement of the order of this court, entered January 2, 1953, denied. The order of this court, dated January 2, 1953, is amended, on the court's own motion, by striking out of the recitals thereof the words "without opinion". Motion for reargument, or in the alternative, for leave to appeal to the Court of Appeals, denied, without costs. Present — Foster, P. J., Coon, Halpern and Imrie, JJ.; Bergan, J., taking no part. [See ante, pp. 734, 777.]

(March 18, 1953.)

In the Matter of the Estate of GEORGE ZEH, Deceased. MARY Z. VAN VOLKENBURGH et al., Appellants; ELLA ZEH, as Executrix of GEORGE ZEH, Deceased, Respondent.— Decision of this court, handed down on March 11, 1953 (ante, p. 926), is amended in the following respects: Order unanimously affirmed, with $10 costs to respondent, and printing disbursements to all parties filing briefs, payable out of the estate. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See post, p. 1049.]